UNITED STATEDS DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BILL AND RHONDA SPRAY, Individually and as Representatives of THE ESTATE OF SINDI SPRAY, <br><br>Plaintiffs, <br><br>v <br><br>THE BOARD OF COUNTY COMMISSIONERS OF OKLAHOMA COUNTY <br><br>Defendants. | ) ) ) ) ) ) ) ) Case No.   CIV-20-1252-C ) ) ) ) ) ) ) |

## ORDER

Before the Court is the Plaintiffs' Second Unopposed Motion to Extend Deadlines (Doc. No. 30). For good cause shown, the Motion is GRANTED. Accordingly, all remaining deadlines are extended approximately 180 days as follows:

| | **Deadline Description** | **New Deadline** |
|---|---|---|
| 1. | **Plaintiff** to file a final list of expert witnesses in chief and serve expert reports | February 3, 2023 |
| 2. | **Defendants** to file a final list of expert witnesses in chief and serve expert reports | 14 days thereafter |
| 3. | **Plaintiff** to file a final list of witnesses, together with addresses and brief summary of expected testimony where the witness has not already been deposed | February 17, 2023 |
| 4. | **Defendants** to file a final list of witnesses (as described above) fourteen (14) days thereafter | 14 days thereafter |

| 5. | **Plaintiff** to file a final list of exhibits. | February 17, 2023 |
|---|---|---|
| 6. | **Defendants** to file objections to plaintiff's final exhibit list under Fed. R. Civ. P. 26(a)(3)(B) | March 17, 2023 |
| 7. | **Defendants** to file a final list of exhibits | February 25, 2023 |
| 8. | **Plaintiff** to file objections to defendants' final exhibit list under Fed. R. Civ. P. 26(a)(3)(B) | March 25, 2023 |
| 9. | Discovery to be completed by | March 3, 2023 |
| 10. | All dispositive and *Daubert* motions to be filed by | March 3, 2023 |
| 11. | Trial Docket | May 9, 2023 |
| 12. | Designations of deposition testimony to be used at trial to be filed by April 26, 2023; objections and counter-designations to be filed by 7 days thereafter; objections and counter-designations to be filed by 7 days thereafter | April 27, 2023 |
| 13. | Motions in Limine to be filed by | April 20, 2023 |
| 14. | Requested *voir dire* to be filed by 5 days prior to Pretrial Report | 5 days prior to Pretrial Report |
| 15. | Trial Briefs (optional unless otherwise ordered) to be filed by 5 days prior to Pretrial Report | 5 days prior to Pretrial Report |
| 16. | Requested jury instructions to be filed on or before days prior to Pretrial Report | 5 days prior to Pretrial Report |
| 17. | Proposed findings and conclusions of law to be filed not later than days prior to Pretrial Report | 5 days prior to Pretrial Report |
| 18. | Any objections or responses to the trial submissions referenced in 10, 11, 12, 13, or 14 to be filed within **seven (7) days** thereafter | 7 days thereafter |

| 19. | Mediation completed by | March 14, 2023 |
|---|---|---|
| 20. | Initial disclosures pursuant to Fed. R. Civ. P. 26, shall be made not later than | Completed |
| 21. | Final Pretrial Report and proposed Order approving the report to be submitted to the Court by | May 2, 2023 |

All other provisions set forth in the initial Scheduling Order August 31, 2021 (Doc. No. 27), remain in effect.

**NO FURTHER EXTENSIONS WILL BE PERMITTED.**

**IT IS SO ORDERED** this 26th day of July 2022.

*[Signature]*
ROBIN J. CAUTHRON
United States District Judge