**JESSICA JULIAN**

1

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF OKLAHOMA
 2

 3    WILLIAM RAY SPRAY, JR., and    )
      RHONDA JEAN SPRAY, Individually)
 4    and as Personal Representatives)
      of the ESTATE OF SINDI LUCILLE )
 5    SPRAY, Deceased,               )
                                     )
 6              Plaintiff(s),        )
                                     )
 7    -vs-                           )  Case No. CIV-20-1252-C
                                     )
 8    BOARD OF COUNTY COMMISSIONERS  )
      OF OKLAHOMA COUNTY, in its     )
 9    Official Capacity as Governing )
      Body of the County of Oklahoma )
10    County,                        )
                                     )
11              Defendant(s).        )

12

13

14            DEPOSITION OF JESSICA JULIAN, LPN

15
             TAKEN ON BEHALF OF THE PLAINTIFF(S)
16

17              IN OKLAHOMA CITY, OKLAHOMA

18
                 ON SEPTEMBER 26, 2022
19

20

21

22  _____

23          REPORTED BY: LESLIE A. FOSTER, RPR

24

25
```

JESSICA JULIAN

42

1   assume that she was having just general -- she told me
2   she was having just general pain.
3       Q   Below that, it's got the number 4 and it says
4   "Intermittent nausea"?
5       A   Yes.
6       Q   What does the 4 represent?
7       A   It's a higher level.  She's having more nausea
8   than what the -- like, the number one that was on the
9   previous page.
10      Q   Does that go into the scoring system?
11      A   Yes.
12      Q   We've got that entry -- we should say for the
13  record we've gone from the 11:18 A.M. --
14      A   Uh-huh.
15      Q   -- to 7:55 P.M. where we talked about nausea
16  and vomiting a minute ago.  So now we've crossed over to
17  an evening --
18      A   Detox check.
19      Q   -- shift?
20      A   Yes.
21      Q   So according to this, she's had intermittent
22  nausea and -- okay.  We've covered that.  On page 71,
23  about halfway from the bottom, you see an entry next to
24  where it says "Runny nose or tearing"; is that something
25  you observed where it says "nasal stuffiness or unusually

JESSICA JULIAN

47

1 are, but go to page 108.
2     A   (Witness complying with request.)
3     Q   Now, the reading on vitals here, there's one
4 that corresponds to December 14, 2018, at 7:55 P.M.  Do
5 you see that?
6     A   Yes.
7     Q   Did you take these vitals?
8     A   I did.
9     Q   Blood pressure's high, is it not?
10    A   Yes.
11    Q   The pulse is real, real high, isn't it?
12    A   Yes.
13    Q   The entry where it says "Notes," are those
14 things that she told you, or are these things that you
15 observed, or is it both?
16    A   Both.
17    Q   Please tell me the part that she told you.
18    A   Nausea, vomiting, restless legs, body pain, and
19 probably chills and sweats.
20    Q   Did you observe the sweats, or did she just
21 tell you or can you tell from this?
22    A   She probably would have told me that she was
23 having, like, night sweats or something, and so that's
24 what prompted that.
25    Q   And you called Holly Martin.  Is that correct?