GINGER SANFORD, RN

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

WILLIAM RAY SPRAY, JR., and       )
RHONDA JEAN SPRAY, Individually)
and as Personal Representatives)
of the ESTATE OF SINDI LUCILLE )
SPRAY, Deceased,                  )
                                  )
        Plaintiff(s),             )
                                  )
-vs-                              )   Case No. CIV-20-1252-C
                                  )
BOARD OF COUNTY COMMISSIONERS     )
OF OKLAHOMA COUNTY, in its        )
Official Capacity as Governing    )
Body of the County of Oklahoma    )
County,                           )
                                  )
        Defendant(s).             )


DEPOSITION OF GINGER SANFORD (F/K/A VANN), RN

TAKEN ON BEHALF OF THE PLAINTIFF(S)

IN OKLAHOMA CITY, OKLAHOMA

ON SEPTEMBER 29, 2022


REPORTED BY: LESLIE A. FOSTER, RPR

Dodson Court Reporting & Legal Video
http://www.dodsonreporting.net



PLAINTIFF'S EXHIBIT
12
CIV-20-1252-R

GINGER SANFORD, RN

```
 1       A    It was a little bit different.  I mean, you had
 2   inmate information, medications, and then you had your
 3   buttons of --
 4       Q    But would the entry that said "dicyclomine" and
 5   then it's got the formal name and the amount and then it
 6   says "PRN" --
 7       A    Yeah.
 8       Q    -- "for abdominal pain," would that have been
 9   on there?
10       A    Yes.  Yes.  Because it's an as-needed
11   medication.
12       Q    That's what PRN is.  Right?
13       A    Yes.
14       Q    Before you made the med pass where these
15   medications were handed out to Sindi Spray on
16   December 16, 2018, at approximately 12:36 -- I'm sorry,
17   12:31, 12:32, it says, P.M.  Before that, had you ever
18   had any contact with Sindi Spray at all?
19       A    No.
20       Q    You didn't know who she was?
21       A    No.
22       Q    Why don't you tell us as best you can exactly
23   what happened when you encountered Sindi Spray on
24   December 16, 2018.
25       A    I was doing my med pass.  Her and her cellmate
```

Page 36

GINGER SANFORD, RN

1  came out. She wasn't doing very well at all, obviously.
2  She --
3      Q   Which "she," the cellmate or Sindi?
4      A   Sindi. She leaned up against the wall and kind
5  of -- kind of slid, sat down on the floor. I had asked
6  her if she was okay. And she said no, her stomach hurt.
7  And I asked her if she was detoxing from anything. She
8  told me heroin. She -- she said her legs weren't working
9  properly, so me and the officer finished the couple other
10 cells. And I had her fill out a sick call, which I ended
11 up helping her fill out the sick call. And I -- I took
12 it -- I parked my cart in the sally port, and I took it
13 straight up to Shirley on 13 and I told Shirley, you
14 know, "She's bad. I think she needs to be sent out." I
15 asked her if she'd go down there and look at her. I got
16 a, "She's fine. I seen her at 9:00 this morning for a
17 breathing treatment." And I tried to argue. We ended up
18 getting into an argument over it. I walked out of the
19 clinic, went back downstairs, told her that I told them.
20     Q   Told who?
21     A   Told Sindi.
22     Q   Told Sindi that you -- you went back to Sindi's
23 cell?
24     A   Yeah. Oh, yeah. I had to finish the pod, my
25 med pass in the pod.

Page 37

GINGER SANFORD, RN

1    A    Okay.

2    Q    Ms. Sanford, before we start this video, let me
3 clarify for the record, let me make sure we're clear.
4 Have I shown you any video whatsoever?

5    A    No.

6    Q    I'm going to start this.  And it starts at --
7 you'll see little timestamps up here to the top left.

8    A    Yes.

9    Q    This is starting on December 16, 2018, at
10 12:30:02.  And before I actually have it rolling, are you
11 oriented as you look at this to see where her cell is?

12    A    Yeah.

13    Q    Do you know which one it is?

14    A    Yes.

15    Q    Why don't you describe it to us on this
16 particular shot before I have it moving.

17    A    I believe she was in 18.

18    Q    I think we're going to see differently, but
19 I'll roll it and you just follow along.  Are you in the
20 picture right now?

21    A    Maybe 16.  Yes, I am.

22    Q    Where are you right now before we start this?

23    A    To the left at Cell -- let's see -- 10.  Yeah.

24    Q    Are you --

25    A    No. 10.

Page 39

GINGER SANFORD, RN

```
 1     Q    -- the person in the blue scrubs?
 2     A    Yes.
 3     Q    Over to the left of this picture?
 4     A    Yes.
 5     Q    Is that the medical cart that you're standing
 6  next to?
 7     A    Yes.
 8               (Video playing.)
 9     Q    (BY MR. SHADID)  Okay.  I've started it.  I'll
10  stop it every now and then.  Just tell us what's
11  happening.  You're now moving --
12     A    Yes.  I just gave them in 10, their meds.
13  Nobody else got meds until I got --
14     Q    I'm stopping it right now at 12:30:26.  And
15  I'll start it again, but you've moved the cart pretty
16  close to a pillar, the pink -- pink pillar?
17     A    Yes.
18     Q    Whatever you call it.  I'm starting it again.
19               (Video playing.)
20     Q    (BY MR. SHADID)  Who is it that's walked out
21  into the center of the picture at 12:30:28 and 29?
22     A    In the black?
23     Q    In the black?
24     A    That's Alexis Breshers.
25     Q    Started it again.
```

Page 40

GINGER SANFORD, RN

1           (Video playing.)
2      Q    (BY MR. SHADID)  I think we see the door to Cell
3  16 open, do we not?
4      A    Yes, we do.
5      Q    What is it you're doing during this timeframe
6  at about 12:30:45?
7      A    I'm pulling medication.
8      Q    Is there a computer screen on top of that cart?
9      A    Yes.
10     Q    That's where you fill in whether or not
11 something's been received or refused?
12     A    Yes.
13     Q    That's the medical screen -- I'm sorry.  That's
14 the screen that also showed whether or not these
15 medications were ordered for a particular purpose?
16     A    Yes.
17     Q    The video has gone to 12:31:32.  You're still
18 standing by the cart and now somebody's just walked out.
19 Would that be the cellmate or do you know?
20     A    Yes.
21     Q    You know?
22     A    Yes.  That's the cellmate.
23     Q    Can you tell us what is happening between you
24 and the cellmate there?
25     A    I was pulling her meds, and she was telling me

Page 41

GINGER SANFORD, RN

1    how sick Sindi was.
2       Q    Let's stop it for a second.  I'm stopping it at
3    12:31:56.  What was the cellmate telling you about how
4    sick Sindi was?
5       A    She said she needed help.  She said,
6    "Something's wrong.  She needs help."
7       Q    From where you were at that point here, have
8    you seen Sindi yet?
9       A    No.
10      Q    I'm going to turn it on again.
11                  (Video playing.)
12      Q    (BY MR. SHADID)  And now at about 12:32:45,
13   you're walking around the cart to the other side of the
14   pink pillar.  Is that correct?
15      A    Yes.
16      Q    Can you tell us what you're doing?
17      A    Getting water.
18      Q    Why were you getting water?
19      A    For Sindi.  She was on the floor.
20      Q    Have you bent down to the floor now as we're
21   seeing at 12:33:09?
22      A    Yes.
23      Q    Can you tell us what position Sindi was in
24   while you were down there on the floor giving her water?
25      A    She was sitting on her bottom, I believe, with

Page 42

GINGER SANFORD, RN

```
 1   her legs together, kind of falling over on the floor.
 2        Q    I'm stopping it right now at 12:33:25.  Can you
 3   kind of tell us the position of her torso compared to her
 4   legs?  Which way were her legs pointing?
 5        A    If I remember right, to the right.  Like, her
 6   knees were pointed to the right.
 7        Q    To her right?
 8        A    Yeah.
 9        Q    Turning it back on.
10                   (Video playing.)
11        Q    (BY MR. SHADID)  Why don't you just tell us
12   what's happening as best you can.  Obviously, we
13   cannot -- those of us that were not there, obviously,
14   can't see into the cell.
15        A    I was giving her her medication.
16        Q    Was she on the floor when you were giving her
17   the medications?
18        A    Yes.
19        Q    Did she take the medications?
20        A    Yes.
21        Q    Did she take them while she was on the floor?
22        A    Yes.
23        Q    Now we see you walking back around to the front
24   side of the cart at about 12:34:05.  What are you doing
25   now?  Anything -- well, just tell us what you're doing.
```

Page 43

GINGER SANFORD, RN

| | | |
|---|---|---|
| 1 | A | I'm actually helping her back in the cell. |
| 2 | Q | Now at about 12:34:27 or 28 you're helping her |
| 3 | | back into the cell? |
| 4 | A | Yeah. |
| 5 | Q | How did you do that? |
| 6 | A | Somewhat picked her up. |
| 7 | Q | Did you help pick her up? |
| 8 | A | Yeah. |
| 9 | Q | Did the cellmate? |
| 10 | A | I don't know.  I can't remember. |
| 11 | Q | Why don't you tell us to the extent that you do |
| 12 | | remember how you helped pick her up. |
| 13 | A | I just kind of got under her arm and picked her |
| 14 | | up. |
| 15 | Q | Did you get under her arms from the back side, |
| 16 | | or were you on her front side? |
| 17 | A | No.  I was facing her. |
| 18 | Q | Now the cart is being moved away.  The cell |
| 19 | | door is closed at 12:35 -- I think it was 05 or 10.  This |
| 20 | | is about to stop.  It's now stopped at 12:35:21.  That's |
| 21 | | the end of this video clip. |
| 22 | A | I did hand her food tray into her cellmate at |
| 23 | | that time, too. |
| 24 | Q | What -- you did or -- |
| 25 | A | I don't -- |

Page 44

GINGER SANFORD, RN

```
 1      Q     I'm sorry.  You did or did not?
 2      A     I did.  I did.  She had a food tray, and I gave
 3  it to her -- her cellmate right before the door got
 4  closed, I believe.
 5      Q     Well, are those food trays on the floor by her
 6  cell?
 7      A     Yes.
 8      Q     Well, I'm a little confused.  You gave the food
 9  tray to Sindi --
10      A     Yes.
11      Q     -- or to her cellmate or both?
12      A     No.  I gave one to her cellmate.
13      Q     Before the door was closed?
14      A     Yes.
15      Q     So there were two --
16      A     I believe so.
17      Q     There were two of them before the door was
18  closed?
19      A     Yes.  I believe so, yes.
20      Q     All right.
21      A     Because there's one, two, three, four --
22      Q     Is the video that you're -- that we just looked
23  at, the video that you saw from the investigations
24  people?
25      A     This is part of it.
```

Page 45

GINGER SANFORD, RN

```
 1        Q    What else did you see from the investigations
 2   people?
 3        A    After I finished the bottom of that pod, I put
 4   my cart into the sally port, and I went up to the clinic
 5   and talked to Shirley about getting her sent out.
 6        Q    We have another video here that might show the
 7   area that you're talking about.
 8        A    Okay.
 9        Q    I don't think it shows you, but I'm going to
10   ask you to take a look at this and see if this shows the
11   area that you're talking about.
12        A    Okay.
13        Q    When you say "the sally port."  Is the area
14   that you now see -- this is one that says --
15                  (Video playing.)
16        Q    (BY MR. SHADID)  I meant to stop this.  I want
17   to make that larger.  We have put up on the screen one
18   that's marked December 16, 2018.  It says "6th Floor
19   Charlie Pod 1" and "6th Floor Charlie Pod 2."  This is at
20   9:23:41 A.M.  Focusing on the bottom image that you see
21   there, is that the area where you said -- what'd you call
22   it?  The sally port?
23        A    Yes.
24        Q    Is that even close to where it is?
25        A    It's to the right of the bubble.
```

Page 46

GINGER SANFORD, RN

```
1       Q    I'm sorry.  To the right of what?
2       A    The bubble on the bottom screen, the windows.
3   That's --
4       Q    The windows?
5       A    That's the bubble.
6       Q    So the -- what you call the sally port is -- is
7   it back --
8       A    To the right.
9       Q    -- around to the right of it?
10      A    Yes.
11      Q    And just -- I don't have anything else to show
12  you on that.  I just want to learn.  How far do you have
13  to go around to park your cart in the sally port?
14      A    10, 15 feet.
15      Q    And then where did you go after you placed your
16  cart in the sally port?
17      A    Straight to the --
18      Q    You said you went --
19      A    -- clinic.
20      Q    -- upstairs?
21      A    Straight to the clinic.
22      Q    How do you do that?  What's your route?
23      A    Go out of the -- out of the pod and I can't
24  remember if it was to the right or to the left because
25  there's four pods on each floor.  But you get on the
```

Page 47

GINGER SANFORD, RN

```
 1   elevator and go upstairs.
 2        Q    Is that what you did?
 3        A    That's exactly what I did.  And investigations
 4   has a video that showed me walking into the clinic.  They
 5   followed me through the building.
 6        Q    So you've seen that yourself?
 7        A    I've seen that myself, yes.
 8        Q    Did that video include you being on 13?
 9        A    Yes.
10        Q    When you went to 13, first, did anybody go with
11   you --
12        A    No.
13        Q    -- up the elevator?
14        A    No.
15        Q    Before you deposited the med cart at the sally
16   port, did you have any conversation with Lieutenant
17   Breshers?  She was Corporal Breshers at the time.
18        A    Right.
19        Q    Did you have any conversation with her
20   regarding Sindi Spray before you went up to 13?
21        A    Yes.
22        Q    What was your conversation with her?
23        A    I knew she was bad.  I told her, I said, "She
24   needs to be sent out."  Which me and Breshers -- I mean,
25   we were friends, too, so --
```

Page 48

GINGER SANFORD, RN

```
 1     Q    What does sent out mean?
 2     A    To the hospital.
 3     Q    You mean outside of the --
 4     A    Like outside --
 5     Q    -- of the facility?
 6     A    -- of the jail to the hospital.
 7     Q    What made you think that?
 8     A    She couldn't walk.  Her stomach hurt, she
 9  couldn't walk.  She was detoxing on heroin.
10     Q    Her stomach hurt -- okay.  Now, what did
11  Breshers tell you?
12     A    She said that she took her that morning up
13  there and they really didn't do anything, so --
14     Q    Up there, does that mean --
15     A    To 13.
16     Q    -- to the clinic?
17     A    So that's another reason why I went straight up
18  there.  I mean, other than -- I mean, she obviously
19  needed to go out.  She couldn't -- she couldn't walk.
20  She -- I mean, her stomach hurt.  She was obviously
21  detoxing.  Heroin detox is not good.  It's not easy.
22     Q    But the part about stomach hurting and not
23  being able to walk, that's not a regular thing with
24  detox, is it?
25     A    Stomach can be.  The not being able to walk,
```

Page 49

GINGER SANFORD, RN

1  no. I've never heard of that being part of detoxing.
2       Q    But you thought she needed some help?
3       A    I knew she needed help.
4       Q    You went to 13. Just tell us what happened,
5  one step at a time.
6       A    Shirley was in a clinic, and she was the charge
7  nurse. So she was in a clinic room. I tried to
8  interrupt. Didn't work all that great. She came out. I
9  started telling her, I'm like, "She needs to go out. Her
10 chart -- she can't walk. I had to help her back in the
11 cell." And --
12      Q    You're referring to Sindi --
13      A    Yes.
14      Q    -- when you said that --
15      A    Yes.
16      Q    -- she can't walk?
17      A    Yes. And I got told, "She's fine. I seen her
18 this morning for a breathing treatment."
19           I said, "But she can't walk, and her stomach
20 hurts."
21           And she very rudely said, "I said she's fine."
22           And I kind of went off. I can't remember
23 exactly what I said, but it wasn't nice and I was loud.
24 And I went back down to 6.
25      Q    Then what happened?

Page 50

GINGER SANFORD, RN

1   A    I finished my med pass and then I left for the
2   day.
3   Q    A little bit ago, you said that you yelled
4   something, "Tell Sindi that they were going to" --
5   A    Yeah.
6   Q    -- "be checking on her"?
7   A    I told her that somebody would be down to check
8   on her.
9   Q    What led you to believe that?
10  A    I figured somebody would go down there.
11  Q    Okay.  Was that your last interaction with
12  Sindi?
13  A    (Witness nodding head.)
14  Q    Is that a "yes" for the record?
15  A    Yes.
16  Q    What was your next communication or anything,
17  anything regarding Sindi Spray?
18  A    The next morning, I woke up and had a breaking
19  news alert on my phone.  And I opened it.  It was from
20  Channel 9.  And her picture was on it.  And it said
21  "Inmate dies at Oklahoma County Jail."  And I called
22  Bonnie Jergens and I told her I tried to tell her she
23  needed to go to the hospital.
24  Q    Who's Bonnie Jergens?
25  A    She was our DON.

Page 51

GINGER SANFORD, RN

| | | |
|---|---|---|
| 1 | Q | Now, is this a phone call you made? |
| 2 | A | Yes. |
| 3 | Q | This is the morning after -- |
| 4 | A | Yes. |
| 5 | Q | -- Sindi's death? |
| 6 | A | Yes. I was off that day. |
| 7 | Q | When you called Bonnie -- is it Jergens? |
| 8 | A | Yes. |
| 9 | Q | J-E-R-G-E-N-S. |
| 10 | | THE COURT REPORTER: Thank you. |
| 11 | Q | (BY MR. SHADID) Did you use a cell phone? |
| 12 | A | Yes. |
| 13 | Q | Your report -- or your statement says that you |
| 14 | | called Ms. Jergens on her cell phone. Did you have her |
| 15 | | number? |
| 16 | A | I had it. I -- |
| 17 | Q | I mean, you had it? |
| 18 | A | I probably still do. |
| 19 | Q | You had it at the time? |
| 20 | A | Yes. |
| 21 | Q | According to your report or your statement, |
| 22 | | Bonnie asked, "Did you do what you were supposed to do |
| 23 | | and tell somebody?" Is that accurate? |
| 24 | A | Yes. |
| 25 | Q | You told her that, yes, you had reported it -- |

Page 52

GINGER SANFORD, RN

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | -- to her. Which her are you referring to in |
| 3 | the statement? | |
| 4 | A | Shirley. |
| 5 | Q | And then it says "Then she told me, quote, |
| 6 | 'Well, okay. Don't worry about it. Let somebody else | |
| 7 | deal with it,' closed quoted"? | |
| 8 | A | Yes. |
| 9 | Q | Are those words that Ms. Jergens said? |
| 10 | A | Yes. |
| 11 | Q | Was there anything else between you and |
| 12 | Ms. Jergens other than what you've reported here -- | |
| 13 | A | No. |
| 14 | Q | -- and -- |
| 15 | A | Not that I remember. |
| 16 | Q | Okay. Then you noted -- or you stated in your |
| 17 | report -- I keep saying report. In your witness | |
| 18 | statement, whatever you want to call this -- that Bonnie | |
| 19 | did not notify the HSA of your conversation with her, | |
| 20 | with Bonnie. Is that correct? | |
| 21 | A | Yes. |
| 22 | Q | How did you learn that? |
| 23 | A | That's what investigations told me, I believe. |
| 24 | Q | Do you remember who you spoke with as far as |
| 25 | somebody from investigations? | |

Page 53