UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BILL AND RHONDA SPRAY, Individually and as Representatives of THE ESTATE OF SINDI SPRAY, <br><br> Plaintiffs, <br><br> v <br><br> THE BOARD OF COUNTY COMMISSIONERS OF OKLAHOMA COUNTY, et al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. CIV-20-1252-R |

## **PLAINTIFFS' NOTICE OF ERRATA**

COME NOW the plaintiffs, William Spray and Rhonda Spray, by and through their attorney, Danny K. Shadid, and hereby notifies the Court that undersigned counsel inadvertently erred in the Plaintiffs' Motion for Extension of Time (Doc. No. 57) as to the the requested date for extension of time to file plaintiffs' Response to defendant's *Daubert* Motions (Doc. Nos. 53 and 54). Undersigned plaintiffs' counsel specifically notifies the Court as follows:

1. In the Plaintiffs' Motion for Extension of Time (Doc. No. 57), undersigned plaintiffs' counsel requested an extension of seven (7) days from and after July 24, 2023, within which to file the plaintiffs' Responses to the defendant's respective *Daubert* Motions (Doc. Nos. 53 and 54).

2. In the plaintiffs' Motion for Extension of Time, the plaintiff inadvertently and erroneously inserted the date of "August 1, 2023," as being the appropriate date for a seven (7) day extension of time from and after July 24, 2023.

3. The correct date for a seven (7) day extension of time from and after July 24, 2023, is **"July 31, 2023."**

4. Undersigned plaintiffs' counsel also erroneously inserted the date of August 1, 2023, into the proposed Order which was submitted to the Court. The Court signed and entered the Order (Doc. No. 60) which contained the erroneous date of August 1, 2023.

5. Undersigned counsel will prepare and submit an Order for the Court's review, amending and correcting the aforesaid Order containing the erroneous date. Should the Court choose to not formally enter the proposed Order correcting the original Order (Doc. No. 60), undersigned counsel pledges to file plaintiffs' Responses to defendant's respective *Daubert* Motions (Doc. Nos. 53 and 54) no later than **July 31, 2023**, in accordance with the plaintiffs' intended request and in accordance with the Court's approval of a seven (7) day extension.

Respectfully submitted,

*s/ Danny K. Shadid*
Danny K. Shadid, OBA No.8104
DANNY K. SHADID, P.C.
6307 Waterford Blvd., Suite 230
Oklahoma City, OK 73118
Phone: (405) 810-9999
E-mail:Danny@ShadidLaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of July, 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Aaron Etherington, OBA#18259
Rodney J. Heggy, OBA#4049
Assistant District Attorneys
320 Robert S. Kerr, Suite 505
Oklahoma City, Oklahoma 73102
Telephone: (405) 713-1600
Facsimile: (405)713-1749
rod.heggy@Oklahomacounty.org
aaron.etherington@oklahomacounty.org
*Attorneys for Defendant Board of County Commissioners*

> *s/Danny K. Shadid*
> Danny K. Shadid