SHIRLEY HADDEN, RN


PLAINTIFF'S EXHIBIT
31
CIV-20-1252-R

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

WILLIAM RAY SPRAY, JR., and         )
RHONDA JEAN SPRAY, Individually)
and as Personal Representatives)
of the ESTATE OF SINDI LUCILLE )
SPRAY, Deceased,                    )
                                    )
        Plaintiff(s),               )
                                    )
-vs-                                )  Case No. CIV-20-1252-C
                                    )
BOARD OF COUNTY COMMISSIONERS  )
OF OKLAHOMA COUNTY, in its     )
Official Capacity as Governing )
Body of the County of Oklahoma )
County,                             )
                                    )
        Defendant(s).               )

DEPOSITION OF SHIRLEY HADDEN (F/K/A REISCH), RN

TAKEN ON BEHALF OF THE PLAINTIFF(S)

IN OKLAHOMA CITY, OKLAHOMA

ON SEPTEMBER 26, 2022

---

REPORTED BY: LESLIE A. FOSTER, RPR

Page 1

**SHIRLEY HADDEN, RN**

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | What led you to Turn Key? |
| 3 | A | I had a -- |
| 4 | Q | To -- |
| 5 | A | I had a friend who worked for the company that went to LPN school with me. |
| 7 | Q | Who is that friend? |
| 8 | A | Shaelyn Vap. |
| 9 | Q | Is she still with Turn Key? |
| 10 | A | No. |
| 11 | Q | When you went with Turn Key, did you understand that Turn Key provided services at detention facilities? |
| 13 | A | Yes. |
| 14 | Q | When you were in Tulsa -- let me see -- I think you said you were there for about two years? |
| 16 | A | Correct. |
| 17 | Q | Okay. Was it the Tulsa County Jail? |
| 18 | A | Correct. |
| 19 | Q | And you were the DON? |
| 20 | A | I was their DON for approximately six weeks, and then I was promoted to their health services administrator. |
| 23 | Q | At Tulsa? |
| 24 | A | Correct. |
| 25 | Q | I think you said you went there because of a |

24

SHIRLEY HADDEN, RN

1  promotion?
2      A    Correct.
3      Q    At that time that you actually went to Tulsa,
4  were you thinking that the promotion was just a DON or do
5  you think the health services administrator position was
6  going to be yours?
7      A    Yes.
8      Q    Both?
9      A    Both.
10     Q    Okay.
11     A    Yes.
12     Q    While you were the -- what -- regardless of
13 your position, while you were there at Tulsa for a couple
14 years roughly --
15     A    Uh-huh.
16     Q    -- did you have deaths in the jail?
17     A    At Tulsa County?
18     Q    Yes.
19     A    Yes.
20     Q    At what rate?
21     A    One to zero per year.
22     Q    Per year.  Right?
23     A    Correct.
24     Q    The Oklahoma County Jail, it's more like about
25 one every three weeks or so, is it not?

25

**SHIRLEY HADDEN, RN**

| | |
|---|---|
| 1 | MS. AH LOY:  Form. |
| 2 | Q   (BY MR. SHADID)  Do you know the answer as far |
| 3 | as the rate of deaths at Oklahoma County? |
| 4 | A   Approximately 12 to 14 a year. |
| 5 | Q   If it's 12 to 14 a year, that's about one a |
| 6 | month? |
| 7 | A   Correct. |
| 8 | Q   Are you aware that there's already been 14 this |
| 9 | year, and we're not to the end of the year? |
| 10 | A   Correct. |
| 11 | Q   Are you aware of how many deaths happened in |
| 12 | 2017 at Oklahoma County? |
| 13 | A   No. |
| 14 | Q   I know you weren't there then? |
| 15 | A   No. |
| 16 | Q   I'm just asking if you were aware? |
| 17 | A   No, I'm not. |
| 18 | Q   Are you aware -- your first full year was 2019 |
| 19 | at Oklahoma County.  Right? |
| 20 | A   Correct. |
| 21 | Q   Do you know how many deaths occurred at the |
| 22 | Oklahoma County Jail in 2019? |
| 23 | A   No. |
| 24 | Q   Was it -- do you think it was about the same |
| 25 | rate that we've just mentioned, maybe one a month? |

26

SHIRLEY HADDEN, RN

1  A    I don't know the answer to that.
2  Q    You'd agree, then, though, that the rate of
3  deaths at the Oklahoma County Jail far, far exceeds the
4  number of deaths on average that happened at the Tulsa
5  County Jail while you were there?
6       MS. AH LOY:  Form.
7       Go ahead.
8       THE WITNESS:  Okay.
9  Q    (BY MR. SHADID)  Would you agree with that?
10 A    Yes.
11 Q    Can you tell us about how many detainees or
12 inmates are housed at the Tulsa County Jail?
13 A    Approximately 1400.
14 Q    And at the Oklahoma County Jail, is it about
15 15-, 1600 now?
16 A    Approximately 1660.
17 Q    About 1660?
18 A    Yeah.
19 Q    You're aware, are you not, that the Oklahoma
20 County Jail was not designed to hold that many people?
21 A    Correct.
22 Q    That's not a secret to you; you've heard that?
23 A    Correct.
24 Q    Have you, yourself, ever been responsible for
25 creating any of the written policies regarding the

28

1  first one decided to take a second reading a few minutes
2  later.
3          Regardless of a reason, it is a second reading?
4      A   Correct.
5      Q   And it's taken, according to this anyway, oh,
6  about eight minutes later?
7      A   Correct.
8      Q   Are the time entries in all these medical
9  records entered by the computer, or is that an entry
10 that's actually put in by the provider?
11     A   These are manual entries.
12     Q   The time is manual entry?
13     A   Oh, no, sorry.  It's timestamped at the time
14 the entry is placed into the EMR.
15     Q   Okay.  Obviously, that -- the readings
16 themselves are manual entries?
17     A   Correct.
18     Q   The next day on December 14th at 11:00 A.M., we
19 have another set of vitals that are shown here.  And now
20 we have blood pressure at 140 over 69.  We have pulse at
21 149.  Right?
22     A   Yes.
23     Q   That's pretty much tachycardic, isn't it?
24     A   Yes, sir.
25     Q   Normal pulse is between 70 and 80?

1  A    Less than a hundred, yes.
2  Q    Less than a hundred is considered normal?
3  A    Yes, sir.
4  Q    Got any medical books that say less than a
5  hundred is normal?
6  A    Yes, sir.
7  Q    Do you know which ones they are?
8  A    No, sir.
9  Q    Because most people are between 70 and 80.
10 Right?
11 A    It really depends on your health status, but on
12 average.
13 Q    On average, most people are between 70 and 80?
14 A    Well, sir, my pulse runs about 80.
15 Q    Okay.  My question was most people are supposed
16 to be between 70 and 80.  Correct?  Somewhere in there?
17 A    Again, it -- a normal pulse is below a hundred
18 and above 50.
19 Q    Well, 149 is definitely not normal, is it?
20 A    Correct.
21 Q    And the next entry for December 14th was --
22 according to this -- that evening at about 7:55.  Do you
23 see that one?
24 A    Yes, sir.
25 Q    And the pulse has gone up.  Right?

52

1  A   Yes, sir.
2  Q   Now it's 165. That's really high, isn't it?
3  A   Yes, sir.
4  Q   Do you see anything in the chart -- well,
5  strike that. I'll be back to that question in a minute.
6  Sorry.
7       When we get to December 15th, at 12:08 P.M.,
8  there's a pulse entry of 92.
9  A   Yes, sir.
10 Q   That's still considered somewhat elevated, is
11 it not, compared to an average of 70 to 80? Do you agree
12 or not?
13 A   It -- it can be slightly elevated.
14 Q   Okay. Then we get to the morning of
15 December 16, at 10:37, and this shows a pulse of a
16 hundred.
17 A   Yes.
18 Q   A pulse of 149's not really good, is it?
19 A   No, sir.
20 Q   A pulse of 165 is really not good, is it?
21 A   Yes, sir.
22 Q   It's not, is it?
23 A   It's not. It's not good.
24 Q   Pulse of 92 is not particularly good, is it?
25 A   It's in the range of normal.

53

```
 1      Q      And a pulse of a hundred, not really good, is
 2   it?
 3      A      Correct.
 4      Q      You have the medical chart in front of you,
 5   Exhibit 17.  Please show me anywhere within the medical
 6   chart where a healthcare provider performed a workup, a
 7   physical examination, or any other type of workup to find
 8   out what was going on with this elevated pulse, this
 9   tachycardia.
10             MS. AH LOY:  Form.
11      Q      (BY MR. SHADID)  Is there anything there?
12      A      I'm not aware of a note by a provider.
13      Q      On the chart entry that you made on page 106 of
14   Exhibit 17, you have no entry for pulse.  Correct?
15      A      Correct.
16      Q      Did you take a pulse?
17      A      I would have, sir.  But --
18      Q      But you didn't remember it?
19      A      No, sir.
20      Q      And you didn't take a blood pressure -- or I'll
21   strike that.  Did you take a blood pressure?
22      A      I don't know the answer to that.
23      Q      In the chart entry that you made, it says
24   "Patient" -- I'm in the middle of it.  It says "Patient
25   complained of body aches."  Where were the body aches?
```

54

SHIRLEY HADDEN, RN

1  A   They were generalized. They were all over.
2  Q   All over?
3      And she said that it hurt to take a breath --
4  or I'm sorry. That it hurts to take breaths. She told
5  you that she thought the worst part of detox was over.
6  Is that correct?
7  A   Correct.
8  Q   But still felt really bad. That's what you
9  wrote?
10 A   Yes, sir.
11 Q   Did anybody perform any type of medical workup
12 to find out the source of her pain?
13 A   It would have been heroin withdrawals.
14 Q   I didn't ask that.
15 A   Okay.
16 Q   I asked if anybody did a medical workup to find
17 out the source of her pain. And I'm talking about, now,
18 on the morning --
19 A   Uh-huh.
20 Q   -- of December 16th.
21 A   All of her -- the clinical evaluation I did was
22 consistent with heroin withdraw.
23 Q   You don't get to make diagnoses, do you?
24 A   No, sir.
25 Q   Is there any healthcare provider that performed

Page 55

SHIRLEY HADDEN, RN

1  a workup on the morning of December 16th to find out the
2  source of the pain?
3      A    No, sir.
4      Q    Okay.
5      A    But I can make an -- a nursing diagnosis, which
6  is different than a medical diagnosis.
7      Q    I'm talking about a medical diagnosis.
8      A    No, sir.
9      Q    When you write that no distress is noted after
10 a patient says that -- that she still felt really bad,
11 what does that mean when you say "no distress is noted"?
12     A    She was stable.
13     Q    In this entire chart, did any -- is there any
14 record of any healthcare provider -- I'm not talking
15 about nurses.  I apologize.  Let me restate it.
16          Any doctors performing a workup on Ms. Spray?
17     A    No.  Just of them being notified.
18     Q    There was a notification to a doctor one time
19 on December 14th.  Is that correct?
20          MS. AH LOY:  Form.
21     Q    (BY MR. SHADID)  In fact, it wasn't a doctor; it
22 was a nurse practitioner, was it not?
23     A    On December 13th, there's a note.
24     Q    Where are you looking?
25     A    The one right above mine.

Page 56

1  A    Correct.
2  Q    So approximately 10:37 A.M. or thereabouts,
3  somebody would have come by to talk to Sindi Spray at her
4  cell?
5  A    Correct.
6  Q    And just asked these questions?
7  A    No, sir.
8  Q    I'm sorry.  What?
9  A    That's not how we do our evaluations.  We don't
10 ask question by question.
11 Q    Well, how do you know -- it says -- as an
12 example, "No nausea, no vomiting."
13 A    So we ask, "What symptoms are you having?"  So
14 that information is given to us by the inmate.
15 Q    By the MA?
16 A    Inmate.
17 Q    Oh, by the inmate.  I'm sorry?
18 A    Yes. By our patients.  Yeah.  They tell us
19 what symptoms they're having.  So the way our detox
20 evaluations are done are based on observation, what we're
21 told, and a set of vital signs.
22 Q    Okay.  On this particular one for
23 December 16th, at 10:37 A.M., we have a person named
24 Terry Benski who is the person that -- according to
25 this -- was engaging with Sindi Spray.  Do you know who

67