

19 NE 50TH St.
Oklahoma City, OK 73105
Office: 405-516-0276
Fax: 405-563-9121
www.turnkeyhealthclinics.com

March 29, 2021

*Via Electronic Correspondence and U.S.P.S.:
Certified Letter, Return Receipt Requested*

Oklahoma County Criminal Justice Authority
c/o Greg Williams, Jail Administrator
Oklahoma County Detention Center
201 N. Shartel Avenue
Oklahoma City, OK 73102

    RE: Notice of Defect Pursuant to Section 3.3.A.1 of the Contract

Dear Greg:

Turn Key has appreciated the partnership we have shared for the past nine months, during which time we have striven to provide quality health care to inmates housed at the Oklahoma County Detention Center. While we acknowledge and appreciate the significant efforts the Oklahoma County Criminal Justice Authority have taken to remedy the structural deficiencies and challenges that they present, unfortunately there still exists issues impacting our ability to provide contractual services.

Section 3.3.A.1 of the Contract between Turn Key and the Jail Trust provides:

> If either party fails to fulfill its obligations under the Contract, or if either party violates any material covenant, agreement, or stipulation of the Contract, the aggrieved party shall provide written notice to the other party who will then have 30 days to cure any such defect. If the defect is not cured within the designated time period, the aggrieved party shall have the right to terminate the Contract by giving written notice of termination to the other party, which such notice shall be given not less than thirty (30) calendar days prior to the stated effective date of termination. The notice shall specify the effective date of the termination, and the reasons therefore, unless the party to whom notice is given cures the breach to the satisfaction of the party giving notice prior to the effective date of termination.

Section 3.3.A.1.

Accordingly, please accept this as formal notice of defect pursuant to Section 3.3.A.1. Please be advised that pursuant to the same subsection of the Contract, we are giving the jail until **April 29, 2021** to increase its staffing levels to ensure we are able to have detention staff available to complete medication pass and fulfill our other obligations under the Contract, and to ensure adequate detention staff is available to maintain the safety and security of our employees at the Oklahoma County Detention Center.

If the jail does not cure these material defects by the April 29, 2021 deadline, we will have no choice but to terminate our contract for cause effective **May 31, 2021.**

Very truly yours,

Flint Junod, CEO
Turn Key Health Clinics, LLC

## Trust member: 'I think it was a quick reaction'

Jail trust member Ben Brown said he regrets today's decision by Turn Key Health, but he also praised the efforts to turn around the jail by Williams and trust Chairwoman Tricia Everest.

PLAINTIFF'S EXHIBIT 43 CIV-20-1252-R