

PLAINTIFF'S EXHIBIT 53
CIV-20-1252-R

# SENTINEL EVENT REVIEW

PATIENT NAME: Sindi L. Spray          FACILITY: OCDC
DOB: 12-31-93   BOOKING DATE: 12-13-18   EVENT DATE: 12-16-18

REVIEW PARTICIPANTS/TITLES: K. King, J. Constanzer, H. Martin, Jane Kirby, Tammy Hill, W. Cooper

TYPE OF EVENT: death

PATIENT DIAGNOSES: ruptured duodenal ulcer

KNOWN HEALTH HISTORY: asthma
IV heroine 1.5 gm/day

CURRENT MEDICATIONS: atenolol 25 mg x 1 on 12-14-18
clonidine 0.1 mg BID, dicyclomine 10 mg BID, ibuprofen 200 3BID
loperamide 2 mg BID prn, robaxin 750 BID prn,
phenergan 25 BID prn.

PERSONNEL INVOLVED IN CARE: H. Martin

SUMMARY OF TREATMENT/EVENT: 25 yo ♂ c̄ hx IV heroine abuse complained n/v, body aches + sweats, runny nose, sob, diarrhea & anxiety. Was on detox protocol. She had told med staff she now her worst withdrawal. She was seen at 0900 on 12-16-18 for c/o SOB. "No distress noted." She was found unresponsive by cell mate who notified security. Security started CPR, which was continued by medical staff until EMS arrived, who pronounced the pt at the scene at 17:17. Noted to have vag. ja...

*CONFIDENTIAL QUALITY IMPROVEMENT DOCUMENT ONLY*   PAGE 1
**REVIEW IS NOT PART OF ANY PATIENT RECORD**

Spray v BOCC
BOCC - 0267
TURN KEY HEALTH

**INVESTIGATIVE REVIEWS/WITNESS STATEMENTS:** OCDC investigated and found "nothing relevant". Witness statements reviewed.

**MEDICAL EXAMINER FINDINGS:** Pending but autopsy did find ruptured duodenal ulcer.

**SUMMARY OF FINDINGS:** Pt was known to be detoxing from heroine and was being appropriately tx for the per protocol. She had not reported any rectal bleeding, melena or hematemesis, or abdominal pain.

**AREAS OF CONSIDERATION:** Case will be discussed c security + medical staff. Appropriate training + education regarding detox will be continued.

**MEDICAL DIRECTOR SIGNATURE:** [signature]    **DATE:** 1-15-19

