UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

BILL AND RHONDA SPRAY,                    )
Individually and as Representatives of     )
THE ESTATE OF SINDI SPRAY,                )
                                           )
    Plaintiffs,                           )
                                           )
v                                          )    Case No.    CIV-20-1252-R
                                           )
THE BOARD OF COUNTY                        )
COMMISSIONERS OF OKLAHOMA                   )
COUNTY, et al.                             )
                                           )
    Defendants.                           )

## DEFENDANT'S DEPOSITION DESIGNATIONS – DR. RYAN HERRINGTON

Ryan D. Herrington, M.D. is Defendant's medical expert. [Doc. 37]. The parties have scheduled Dr. Herrington's video trial deposition for August 31, 2023. Defendant intends to play the video of Dr. Herrington's direct examination and re-direct, if any, to the jury and the Court, during Defendant's case in chief. Defendant will provide the Court with the specific pages of the Dr. Herrington's testimony upon receipt of the transcript from the court reporter.

Respectfully Submitted,

VICKI ZEMP BEHENNA
DISTRICT ATTORNEY

/s/ *Carri A. Remillard*
Aaron Etherington (OBA #18259)
Rodney J. Heggy (OBA # 4049)
Carri A. Remillard (OBA #21539)
Assistant District Attorneys

1

320 Robert S. Kerr, Suite 505
Oklahoma City, OK  73102
Telephone: (405) 713-1600
Facsimile: (405) 713-1749
rod.heggy@oklahomacounty.org
aaron.etherington@oklahomacounty.org
carri.remillard@oklahomacounty.org
ATTORNEYS FOR BOARD OF COUNTY
COMMISSIONERS AND JOHN WHETSEL

## CERTIFICATE OF MAILING OR DELIVERY

The foregoing was delivered to counsel of record by the ECF system or by US Mail, if required:

Danny K. Shadid
Danny K. Shadid, PC
6307 Waterford Blvd., Suite 230
Oklahoma City, OK 73118
danny@shadidlaw.com
ATTORNEY FOR PLAINTIFFS

*/s/ Carri A. Remillard*

2