UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BILL AND RHONDA SPRAY, Individually and as Representatives of THE ESTATE OF SINDI SPRAY, <br><br> Plaintiffs, <br><br> v <br><br> THE BOARD OF COUNTY COMMISSIONERS OF OKLAHOMA COUNTY, et al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Case No.  CIV-20-1252-R |

## STIPULATED JUDGMENT

The parties reached an amicable settlement on August 30, 2023 and sought an Administrative Closing Order, which was entered. [ECF 94].

WHEREAS, the proposed settlement must be approved by the Court, 51 OS §158 (A);

WHEREAS, the Plaintiff and the Defendant agreed that they know of no outstanding liens or subrogation claims that have not been satisfied;

WHEREAS, the parties agreed that each side shall absorb their own attorney fees and costs; and

WHEREAS, the Judgment is also supported by a written common law Release of All Claims signed by the Plaintiff and ratified by a resolution of the Defendant;

IT IS ORDERED THAT the Court approves the agreement of the parties.

1

IT IS FURTHER ORDERED that Plaintiff, the Estate of Sindi Spray, Bill and Rhonda Spray, Personal Representatives, shall have Judgment in the total amount of $400,000.00 (Four Hundred Thousand Dollars) against the Defendant, the Board of County Commissioners of Oklahoma County. The Judgment will be paid in accordance with Oklahoma statutes governing payment of government Judgments.

It is so ordered this 14th day of September, 2023.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE